IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **DARREN JENKINS,** | : | <u>**UNDER SEAL**</u> |
| | : | |
| Defendant. | : | |

**<u>GOVERNMENT'S  MOTION TO SEAL INDICTMENT</u>**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves this Court to seal the indictment in this case until the bench warrant for the defendant's arrest is executed.  As grounds for this motion, the government states the following.

The defendant is being charged, by indictment, with Making Extortionate Extensions of Credit, in violation of Title 18, United States Code, Section 892, and Collection of Extension of Credit by Extortionate Means, in violation of Title 18, United States Code, Section 894.  Given the sensitive nature of the charges, and because the defendant is not in custody, the government does not want the charges to become public prior to the defendant's arrest in order to avoid potential

disclosure of the charges, which may alert the defendant and cause him to flee or destroy any contraband that might otherwise be in his possession at the time of his arrest.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        Bar No. 498610

By:  _____

        FREDERICK W. YETTE
        Assistant United States Attorney
        D.C. Bar No. #385391
        Federal Major Crimes Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 353-1666
        Frederick.Yette@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **DARREN JENKINS,** | : | <u>**UNDER SEAL**</u> |
| | : | |
| Defendant. | : | |

<u>**ORDER**</u>

Upon consideration of the government's motion to seal the indictment in this case, and for good cause shown, it is this _____ day of October, 2007,

ORDERED, that the indictment shall be sealed upon filing; and it is

FURTHER ORDERED, that the indictment shall be unsealed automatically at the time of the defendant's arrest on the charges contained in the indictment.

_____
United States Magistrate Judge