IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** |
| | : | |
| **v.** | : | **GRAND JURY ORIGINAL** |
| | : | |
| **DARREN JENKINS,** | : | **UNDER SEAL** |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the government's motion to seal the indictment in this case, and for good cause shown, it is this _____ day of October, 2007,

ORDERED, that the indictment shall be sealed upon filing; and it is

FURTHER ORDERED, that the indictment shall be unsealed automatically at the time of the defendant's arrest on the charges contained in the indictment.

United States Magistrate Judge