**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) **Cr. No. 07-289 (RMC)** |
| **V.** | ) |
| | ) |
| **DARREN JENKINS** | ) |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

Defendant Darren Jenkins, through counsel, respectfully moves the Court for a continuance of his trial to a date convenient to the Court and parties.  The government does not oppose the motion.  As grounds, counsel states as follows:

1.    This matter is slated for trial on April 28, 2008..

2.    On or about April 22, 2008, counsel for the government realized that he had inadvertently failed to disclose a statement made by Mr. Jenkins to the Federal Bureau of Investigation at the time of his arrest.  Assuming, *arguendo*, that the statement is accurate and admissible, it may fairly be argued to the jury by the government that it inculpates Mr. Jenkins in the instant charges.

3.    The discovery of this statement substantially changes the planning by the defense for the trial; additionally, counsel would be requesting a hearing to challenge, at the very least, the voluntariness of the statement, and would need time to discuss the circumstances of the statement with Mr. Jenkins.

4.    The government does not oppose the instant motion.[1]

Accordingly, for the foregoing reasons and any others that may appear to the Court, counsel

---

[1]Counsel does not ascribe any bad faith to the government; government counsel notified the defense as soon as he realized that the statement had not been disclosed.

asks that the instant motion be granted.

Respectfully submitted,

A. J. Kramer

Federal Public Defender

By:    _____/s/_____
Shawn Moore
Assistant Federal Public Defender
Attorney for Darren Jenkins
Bar # 214171
625 Indiana Avenue, NW #550
Washington, DC 20004
202/208-7500
Fax/208-7515 or 501-3829

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) **Cr. No. 07-0289 (RMC)** |
| **V.** | ) |
| | ) |
| **DARREN JENKINS** | ) |

## ORDER

Defendant Jenkins having moved to continue his trial, and good cause shown, it is hereby

**ORDERED** that the motion is granted and the trial date is rescheduled to                2008.

This, the    Day of                    , 2008.


_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA