IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) |
| | ) Cr. No. 07-0289 (RMC) |
| V. | ) |
| | ) |
| DARREN JENKINS | ) |

FILED

APR 28 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Defendant Jenkins having moved to continue his trial, and good cause shown, it is hereby

**ORDERED** that the motion is granted and the trial date is rescheduled to _TBD_ 2008.

This, the 24 Day of _April_, 2008.

_Rosemary M Collyer_
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA

_There will be a status conference on April 28, 2008, at 9:30 AM._
_RMC_