# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. : 07-289(RMC)** |
| | : | |
| v. | : | |
| | : | |
| **DARREN JENKINS,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## SUPPLEMENTAL JOINT PRETRIAL STATEMENT

June 2, 2008

| | |
|---|---|
| **Frederick Yette, AUSA** | **Shawn Moore, Esq.** |
| **555 4th Street, NW** | **Federal Public Defender Service** |
| **Washington, DC 20530** | **625 Indiana Avenue, NW** |
| **Frederick.Yette@usdoj.gov** | **Suite 550** |
| **202-353-1666** | **Washington, DC 20004** |
| | **Shawn_Moore@fd.org** |
| | **202-208-7500** |

This Supplemental Joint Pretrial Statement is being submitted in order to provide notice that the government intends to call a fingerprint examiner as an expert witness during the trial.

## Proposed Expert Witness

The government intends to call Jeremy Wintz, an FBI Fingerprint Examiner assigned to the Latent Print Operations Unit, who will testify as an expert in fingerprint examinations. Mr. Wintz will discuss the process of recovering latent fingerprints, comparing and matching latent and known fingerprints, and the fact that Mr. Jenkins' latent fingerprints were recovered from two notes the government intends to introduce into evidence.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____/s/_____
Frederick Yette, DC Bar # 385391
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov